THE STATE EX REL. SMITH, APPELLANT, *v.* CINCINNATI
SCHOOLS ET AL., APPELLEES.

[Cite as *State ex rel. Smith v. Cincinnati Schools*,
130 Ohio St.3d 194, 2011-Ohio-5026.]

(No. 2010–0672—Submitted September 6, 2011—Decided October 4, 2011.)

{¶ 1} The judgment of the court of appeals is affirmed.

O'CONNOR, C.J., and PFEIFER, LUNDBERG STRATTON, O'DONNELL, LANZINGER,
CUPP, and McGEE BROWN, JJ., concur.

Law Offices of James A. Whittaker L.L.C., Laura I. Murphy, and James A.
Whittaker, for appellant.

Michael DeWine, Attorney General, and Allan K. Showalter, Assistant Attorney General, for appellee Industrial Commission of Ohio.